UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-09639-AH-(SKx) | Date April 14, 2025 |
| Title *Ali Adib et al v. United States Department of State et al.* | |

Present: The Honorable Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANTS DAVID ALLEN, ALEJANDRO MAYORKAS, JULIE STUFFT, UR JADDOU, AND RENA BITTER; ORDER DISMISSING DEFENDANTS U.S. DEPARTMENT OF STATE AND ANTONY BLINKEN; ORDER DISCHARGING PREVIOUS ORDER TO SHOW CAUSE (DKT NO. 25)

On February 20, 2025, this Court issued an Order to Show Cause for lack of prosecution in this case. Dkt. No. 25. On April 10, 2025, Plaintiffs filed Proofs of Service for five out of the seven Defendants in this case: Rena Bitter, Julie Stufft, David Allen, Alejandro Mayorkas, and Ur Jaddou. Dkt. No. 26. Plaintiffs have not filed Proofs of Service for remaining Defendants U.S. Department of State and Antony Blinken.

First, the Court discharges the previous Order to Show Cause (Dkt. No. 25).

Second, the Court dismisses Defendants U.S. Department of State and Antony Blinken from this case, without prejudice, as no timely Proofs of Service have been filed as to these Defendants.

Lastly, the Court issues an Order to Show Cause for lack of prosecution as to the remaining five Defendants: Rena Bitter, Julie Stufft, David Allen, Alejandro Mayorkas, and Ur Jaddou.

Plaintiffs' Proofs of Service, filed with the Court on April 10, 2025, come over two months after the five remaining Defendants purportedly received Service in late January 2025.

Accordingly, the court, on its own motion, orders Plaintiffs to show cause in writing on or before **APRIL 28, 2025** why this action should not be dismissed for lack of prosecution as to the remaining five Defendants: Rena Bitter, Julie Stufft, David Allen, Alejandro Mayorkas, and Ur Jaddou. As an alternative to a written response by Plaintiffs, the Court will consider the filing of one of the following, as an appropriate response to this Order To Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- An answer by the listed Defendants
- Plaintiffs' application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure
- Plaintiffs' request that the clerk enter default judgment or Plaintiffs' noticed motion for entry of default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure.

This action will be dismissed if the above-mentioned documents are not filed by the date indicated above. Moreover, any future failures to comply may result in sanctions.

**IT IS SO ORDERED.**