UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-09639-AH-(SKx) | Date  April 30, 2025 |
| Title  *Ali Adib et al. v. United States Department of State et al.* | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE AND STRIKING REQUEST FOR DEFAULT JUDGMENT (DKT. NO. 31)**

On April 14, 2025, the Court issued an Order to Show Cause regarding dismissal for lack of prosecution. Dkt. No. 27.

On April 17, 2025, Plaintiffs requested entry of default against four of the Defendants. Dkt. No. 31. On April 18, 2025, the Court issued a Notice to Filer regarding a deficiency in the request for default. Dkt. No. 33. The Court hereby strikes the request for default (Dkt. No. 31). The Court also discharges the previous Order to Show Cause (Dkt. No. 27). Moreover, there was also a Notice to Filer issued regarding deficiencies in the Proofs of Service filed by Plaintiffs. Dkt. No. 34

Accordingly, the Court, on its own motion, orders Plaintiffs to show cause in writing on or before **May 14, 2025** why this action should not be dismissed for lack of prosecution as to the remaining five Defendants: Rena Bitter, Julie Stufft, David Allen, Alejandro Mayorkas, and Ur Jaddou. As an alternative to a written response by Plaintiffs, the Court will consider the filing of one of the following, as an appropriate response to this Order To Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- An answer by the listed Defendants
- Plaintiffs' application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure
- Plaintiffs' request that the clerk enter default judgment or Plaintiffs' noticed motion for entry of default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure

This action will be dismissed if the above-mentioned documents are not filed by the date indicated above.

**IT IS SO ORDERED.**