**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ali Adib *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>United States Department of State *et al.*,<br><br>           Defendants. | Case No. 2:24-cv-09639-AH-(SKx)<br><br>**FINAL JUDGMENT** |

    For the reasons stated in the separate order of dismissal entered on June 3, 2025, this action is dismissed without prejudice.

    This is a final judgment.

Dated: June 3, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE